UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

   v.   :   1:22-cr-00300 (TJK)

DAMIEN SISCA   :

## MOTION TO WITHDRAW

Damien Sisca, through counsel, requests that this Court allow undersigned counsel to withdraw from his appointment in this case. In support of this Motion, counsel states the following.

1. On August 26, 2022, Mr. Sisca was arrested for Coercion or Enticement, in violation of 18 U.S.C. § 2422(b) and Attempted Receipt of Child Pornography in violation of 18 U.S.C. § 2252 (a)(2) and (b) (1).

2. Mr. Sisca and counsel have experienced a breakdown in communication. Due to irreconcilable differences between Mr. Sisca and counsel, Mr. Sisca has requested that counsel move to seek appointment of new counsel.

3. Counsel has not yet received discovery so there will be little effect on the Court or the prosecution if new counsel is appointed.

4. Counsel believes that Mr. Sisca will not oppose exclusion of time under the Speedy Trial Act in order to allow new counsel to learn his case.

### Conclusion

Wherefore, counsel for Mr. Sisca requests that he be permitted to withdraw from this case and that new counsel be appointed to Mr. Sisca.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

            /s/
        _____
        EUGENE OHM
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500