IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-300-TJK |
| v. | : | |
| **DAMIEN SISCA,** | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant Damien Sisca, through undersigned counsel, respectfully moves the Court to continue the July 15, 2025, status hearing to July 23, 2025 at 11:00 am. The government does not oppose this Motion and the relief requested.

Mr. Sisca was arrested on August 27, 2022. On September 4, 2022, he was indicted and charged with one count of Coercion or Enticement of a Minor; Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b); one count on Coercion or Enticement of a Female, in violation of 18 U.S.C. 2422(b); and one count of Attempted Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Mr. Sisca was ordered detained and is currently being held at the DC Jail Central Detention Facility (CDF).

Mr. Sisca was recently assaulted at the DC Jail. He suffered an injury to his eye and is recovering from the injuries. Further, additional time is needed for undersigned counsel to confer with Mr. Sisca about the matter and determine the appropriate next steps. The government has made a plea offer that Mr. Sisca is considering. Additional time is needed for undersigned counsel to discuss the proposed plea offer with Mr. Sisca and for him to make a decision. Granting the additional time will allow undersigned counsel to perform work necessary to adequately represent Mr. Sisca.

Both parties request that the period of time between July 15, 2025 and July 23, 2025 be excluded under the Speedy Trial Act for all purposes, pursuant to Title 18, United States Code, section 3161(h)(1)(D) and 3161 (h)(7)(A).  Time has already been excluded under the Speedy Trial Act until July 15, 2025.  Excluding the additional time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow defense counsel to continue to discuss the matter with Mr. Sisca and perform additional work necessary to adequately represent Mr. Sisca.  The defendant, Mr. Sisca, has consented to this exclusion of time under the Speedy Trial Act.

Date: July 11, 2025

Respectfully submitted,

/s/ Marc Eisenstein
Marc Eisenstein (DC Bar No. 1007208)
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (703) 963-7164
Fax: (866) 561-9712

marc@coburngreenbaum.com
*Counsel to Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 11, 2025, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via e-mail.

/s/
Marc Eisenstein
